DEBORAH LAPILA *v.* LOUIS LAPILA
(3916)

DUPONT, C. J., DALY and BIELUCH, Js.

Argued March 18—decision released April 15, 1986

*John J. Bunce, Jr.,* for the appellant (defendant).

*Eric Onore,* with whom, on the brief, was *Albert J. McGrail,* for the appellee (plaintiff).

PER CURIAM. There is no error.